UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | CASE NO.: 14-23611-rdd |
|---|---|
| Patricia Kaplan aka Patricia McGuire, | CHAPTER 11 |
| Debtor. | JUDGE Robert D. Drain |

## MOTION FOR ORDER REDACTING PERSONAL IDENTIFIERS

**COMES NOW**, GREEN TREE SERVICING LLC. ("Secured Creditor"), pursuant to Fed. R. Bankr. P. 9037, and moves this Court for entry of a protective order restricting access and allowing for redaction of information, and as grounds thereof states as follows:

1. The document(s)/claim(s) listed below were filed in the record of this court containing information prohibited by Fed. R. Bankr. P. 9037 and other non-public personal information:

   a. Proof of Claim, filed on April 16, 2015, as claim number 4-1 on the Claims Register.

2. Secured Creditor has attached a true and accurate copy of the remediated document(s), with personal information redacted.

**WHEREFORE,** Secured Creditor respectfully requests this Court enter an order directing the Clerk to restrict electronic access to the document(s)/claim(s) described above,

allowing the provided remediated document(s) to remain on record, or allowing Secured Creditor to refile the remediated document(s), and for any such further relief as the Court deems just and appropriate.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Miriam J. Rosenblatt
Miriam J. Rosenblatt, Esquire
Email: mrosenblatt@rasflaw.com
New York Bar No. 5369459

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 1, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

H. BRUCE BRONSON, JR.
BRONSON LAW OFFICES, P.C.
480 MAMARONECK AVENUE
HARRISON, NY  10528

PATRICIA KAPLAN
AKA PATRICIA MCGUIRE
55 COWDIN CIRCLE
CHAPPAQUA, NY  10514

UNITED STATES TRUSTEE
OFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

                                        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                        Authorized Agent for Secured Creditor
                                        6409 Congress Ave., Suite 100
                                        Boca Raton, FL 33487
                                        Telephone: 561-241-6901
                                        Facsimile: 561-997-6909

By: /s/ Miriam J. Rosenblatt
      Miriam J. Rosenblatt, Esquire
      Email: mrosenblatt@rasflaw.com
      New York Bar No. 5369459