**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

IN RE:                                         CASE NO.: 14-23611-rdd
                                                 CHAPTER 11

**Patricia Kaplan aka Patricia McGuire,**

  Debtor.

## ORDER DIRECTING REDACTION OF PERSONAL IDENTIFIERS

GREEN TREE SERVICING LLC having moved this Court pursuant to a Motion for Order Redacting Personal Identifiers; and, after due deliberation, sufficient cause having been shown for the requested relief; and no additional notice or hearing being required, it is hereby

ORDERED, that the Clerk of Court shall restrict public access to Proof of Claim 4-1, filed in this case on April 16, 2015; and it is further

ORDERED, that GREEN TREE SERVICING LLC is directed to file with the Court within fourteen (14) days from the entry of this Order a version of Proof of Claim 4-1, filed on April 16, 2015, which redacts all personally identifying information thereon.

Dated: White Plains, New York
       February 15, 2017

                                                                                  /s/Robert D. Drain_____
                                                                                  United States Bankruptcy Judge