# EXHIBIT B

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Patricia Kaplan**
55 Cowdin Cir.
Chappaqua, NY 10514

| Invoice Date | Invoice Number |
|---|---|
| 05/18/2017 | 20156 |
| | **Service Through** |
| | 05/18/2017 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 81.05 hrs |
| **Total Service** | $21,217.50 |
| **Total Expenses** | $295.68 |
| **Total Invoice Amount** | $21,513.18 |

**In Reference To: Chapter 11-Post Petition**

**Service**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/2014 | CO | **04 Case Administration:** Preparation for IDI; attendance at IDI | 1.00 | $ 90.00/hr | $90.00 |
| 12/05/2014 | HBB | **04.5 Case Administration-IDI:** Preparation for IDI and IDI. | 2.90 | $ 350.00/hr | $1,015.00 |
| 12/05/2014 | HBB | **04.1 Case Administration-Loss Mitigation:** Discussion with Bill Knox, Esq. (lender's counsel) regarding plan for Kaplan | 0.75 | $ 350.00/hr | $262.50 |
| 01/06/2015 | CO | **04 Case Administration:** Preparation for HBB for 341 Meeting | 0.70 | $ 90.00/hr | $63.00 |
| 01/07/2015 | HBB | **11 Meetings of Creditors:** 341 Meeting and preparation therefore | 2.00 | $ 350.00/hr | $700.00 |
| 01/15/2015 | CN | **Draft:** Revise and submit proposed initial case Order | 0.30 | $ 275.00/hr | $82.50 |
| 01/28/2015 | HBB | **07 Fee/Employment Applications:** Reviewed Case; finalized retention application; contacted USTP for email address of UST | 1.20 | $ 350.00/hr | $420.00 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Patricia Kaplan**
55 Cowdin Cir.
Chappaqua, NY 10514

| Invoice Date | Invoice Number |
|---|---|
| 05/18/2017 | 20156 |
|  | **Service Through** |
|  | 05/18/2017 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/25/2015 | CN | **04.7 Case Administration-Bar Date:** Draft bar date motion, proposed order and proposed notice; prepare for service and file with proof of service. | 2.50 | $ 275.00/hr | $687.50 |
| 03/19/2015 | CN | **04.7 Case Administration-Bar Date:** Prepare bar date motion chambers copies | 0.20 | $ 275.00/hr | $55.00 |
| 03/26/2015 | CN | **04.7 Case Administration-Bar Date:** Submit proposed bar date order to Court | 0.20 | $ 275.00/hr | $55.00 |
| 04/05/2015 | HBB | **04.1 Case Administration-Loss Mitigation:** Telephone call with Mr. and Mrs. Kaplan regarding reduced income; status conference for April 9; Operating report and plan for moving forward. Review petition; worked on operating reports. | 1.00 | $ 350.00/hr | $350.00 |
| 04/06/2015 | HBB | **04 Case Administration:** I talked to Bill Knox of the Rosicki firm regarding adequate assurance and the fact that no one has appeared on the case. | 0.50 | $ 350.00/hr | $175.00 |
| 04/07/2015 | CN | **04.6 Case Administration-Operating Reports:** Call with client regarding financial statement/Operating Reports | 0.20 | $ 275.00/hr | $55.00 |
| 04/07/2015 | CN | **04.6 Case Administration-Operating Reports:** Draft and finalize initial operating report | 1.60 | $ 275.00/hr | $440.00 |
| 04/08/2015 | CN | **04.7 Case Administration-Bar Date:** Revise bar date documents and submit to chambers | 0.30 | $ 275.00/hr | $82.50 |
| 04/08/2015 | CN | **04.7 Case Administration-Bar Date:** Finalize and file initial operating report | 0.40 | $ 275.00/hr | $110.00 |
| 04/10/2015 | CN | **04.7 Case Administration-Bar Date:** Revise bar date order and notices per Court request and submit to chambers | 0.60 | $ 275.00/hr | $165.00 |
| 04/20/2015 | CN | **04.7 Case Administration-Bar Date:** File POS for bar date order | 0.10 | $ 275.00/hr | $27.50 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Patricia Kaplan**
55 Cowdin Cir.
Chappaqua, NY 10514

| Invoice Date | Invoice Number |
|---|---|
| 05/18/2017 | 20156 |
|  | **Service Through** |
|  | 05/18/2017 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/2015 | CN | **04.1 Case Administration-Loss Mitigation:** File POS for loss mitigation request | 0.10 | $ 275.00/hr | $27.50 |
| 04/28/2015 | CN | **04.6 Case Administration-Operating Reports:** Email to client to request additional bank records | 0.10 | $ 275.00/hr | $27.50 |
| 05/02/2015 | HBB | **04.6 Case Administration-Operating Reports:** Reviewed and Emailed Client regarding the bank statements provided for March through April | 0.25 | $ 350.00/hr | $87.50 |
| 05/19/2015 | CN | **04.1 Case Administration-Loss Mitigation:** Review docket and previously filed request for loss mitigation to determine steps to have loss mitigation order submitted to Court | 0.20 | $ 275.00/hr | $55.00 |
| 05/21/2015 | CN | **04.1 Case Administration-Loss Mitigation:** Revise and submit proposed loss mitigation order | 0.20 | $ 275.00/hr | $55.00 |
| 05/27/2015 | CN | **04.6 Case Administration-Operating Reports:** Review DIP bank records; email to client for clarification | 0.30 | $ 275.00/hr | $82.50 |
| 05/29/2015 | CN | **04.6 Case Administration-Operating Reports:** Review client email re: bank statements; reply email | 0.20 | $ 275.00/hr | $55.00 |
| 06/03/2015 | AP | **04 Case Administration:** reviewed Creditors loss mitigation Affidavit | 0.50 | $ 275.00/hr | $137.50 |
| 06/15/2015 | CN | **04.6 Case Administration-Operating Reports:** Finalize and file February 2015 operating report | 0.30 | $ 275.00/hr | $82.50 |
| 06/30/2015 | AP | **04.1 Case Administration-Loss Mitigation:** email to client with list of document and information requested by the bank; told them it was needed by Wednesday 7/8, reviewed chapter 11 schedules | 0.70 | $ 275.00/hr | $192.50 |
| 07/08/2015 | AP | **04.1 Case Administration-Loss Mitigation:** received hardship letter, emailed client regarding other docs on list as well. | 0.30 | $ 275.00/hr | $82.50 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Patricia Kaplan**
55 Cowdin Cir.
Chappaqua, NY 10514

| Invoice Date | Invoice Number |
|---|---|
| 05/18/2017 | 20156 |
|  | **Service Through** |
|  | 05/18/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 07/10/2015 | CN | **04.1 Case Administration-Loss Mitigation:** Revise and submit proposed adjournment order | 0.20 | $ 275.00/hr | $55.00 |
| 07/13/2015 | AP | **04.1 Case Administration-Loss Mitigation:** Multiple telephone calls to clients to go over loss mitigation package | 1.20 | $ 275.00/hr | $330.00 |
| 08/03/2015 | AP | **04.1 Case Administration-Loss Mitigation:** prepare documents for bank for loss mitigation | 2.00 | $ 275.00/hr | $550.00 |
| 08/04/2015 | AP | **04.1 Case Administration-Loss Mitigation:** Telephoned client and consult; email reminder missing doc for loan modification package | 0.70 | $ 275.00/hr | $192.50 |
| 08/14/2015 | CN | **04.6 Case Administration-Operating Reports:** Draft March April and May 2015 operating reports | 1.20 | $ 275.00/hr | $330.00 |
| 08/18/2015 | AP | **04.1 Case Administration-Loss Mitigation:** sent email w/list of missing sig pages and documents still needed | 0.20 | $ 275.00/hr | $55.00 |
| 09/08/2015 | CN | **04.6 Case Administration-Operating Reports:** Followup with client regarding needed signatures on operating reports | 0.10 | $ 275.00/hr | $27.50 |
| 09/15/2015 | CN | **04.6 Case Administration-Operating Reports:** Followup with client for finalizing ORs for March and April 2015 | 0.10 | $ 275.00/hr | $27.50 |
| 09/22/2015 | HBB | **04.1 Case Administration-Loss Mitigation:** Reviewed Status Letter of Martin Mooney | 0.20 | $ 350.00/hr | $70.00 |
| 09/22/2015 | CN | **04.6 Case Administration-Operating Reports:** Finalize March, April and May 2015 operating reports | 0.80 | $ 275.00/hr | $220.00 |
| 09/22/2015 | CN | **04.6 Case Administration-Operating Reports:** Draft June, July and August 2015 operating reports | 2.40 | $ 275.00/hr | $660.00 |
| 09/23/2015 | HBB | **04.1 Case Administration-Loss Mitigation:** Attended Status Conference. | 1.00 | $ 350.00/hr | $350.00 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Patricia Kaplan**
55 Cowdin Cir.
Chappaqua, NY 10514

| Invoice Date | Invoice Number |
|---|---|
| 05/18/2017 | 20156 |
| | **Service Through** |
| | 05/18/2017 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/2015 | HBB | **01 Asset Analysis and Recovery:** Met with client to discuss future of case and loss mitigation and tax issues | 1.50 | $ 350.00/hr | $525.00 |
| 12/16/2015 | CO | **04.6 Case Administration-Operating Reports:** Preparation of ORs for June, July, August, Sept., Oct., Nov. 2015 | 3.50 | $ 90.00/hr | $315.00 |
| 12/16/2015 | HBB | **04.6 Case Administration-Operating Reports:** Review of June, July, August, September, October, and November 2015 OR | 0.90 | $ 350.00/hr | $315.00 |
| 03/04/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Call with Melissa Licker, Esq. who took over loss mitigation. Explained certain portions of Dr. Kaplan's income. | 0.60 | $ 350.00/hr | $210.00 |
| 03/11/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Adequate assurance discussion with Melisa Licker, Esq. | 0.50 | $ 350.00/hr | $175.00 |
| 04/03/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Emails with client regarding stipulation for adequate assurance. Emailed Melissa Licker, Esq. with a copy of the stipulation. | 1.50 | $ 350.00/hr | $525.00 |
| 04/19/2016 | CO | **04.6 Case Administration-Operating Reports:** Preparation of Operating Reports for December 2015, January 2016 and February 2016; also redacted bank statements. | 2.10 | $ 90.00/hr | $189.00 |
| 04/19/2016 | HBB | **04.6 Case Administration-Operating Reports:** Review of ORs for December 2015, Jan and Feb 2016 | 1.50 | $ 350.00/hr | $525.00 |
| 04/22/2016 | HBB | **04 Case Administration:** Meeting with client to go over status. Prepared affidavit regarding interest in LLC; client signed affidavit. | 2.10 | $ 350.00/hr | $735.00 |
| 05/13/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** So Ordered Stipulation for adequate protection for SLS | 1.50 | $ 350.00/hr | $525.00 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Patricia Kaplan**
55 Cowdin Cir.
Chappaqua, NY 10514

| Invoice Date | Invoice Number |
|---|---|
| 05/18/2017 | 20156 |
|  | **Service Through** |
|  | 05/18/2017 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/19/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Revised RMA and other documents for loss mitigation as well as requested information from client. | 1.00 | $ 350.00/hr | $350.00 |
| 06/13/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Prepared adjournment order | 0.30 | $ 350.00/hr | $105.00 |
| 07/07/2016 | CO | **04.1 Case Administration-Loss Mitigation:** Sent email to Jerry Kaplan requesting additional documents; assembled documents and sent them to lender. | 1.50 | $ 90.00/hr | $135.00 |
| 07/21/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Reviewed adjournment letter filed by Melissa Licker | 0.20 | $ 350.00/hr | $70.00 |
| 08/17/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Reviewed Melissa Licker Status Report | 0.30 | $ 350.00/hr | $105.00 |
| 08/17/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Prepared Status Letter for Loss Mit and filed same. | 0.80 | $ 350.00/hr | $280.00 |
| 08/19/2016 | CO | **04.6 Case Administration-Operating Reports:** Prepared Operating Reports for March, April, May, June and July 2016 | 4.10 | $ 90.00/hr | $369.00 |
| 08/19/2016 | HBB | **04.6 Case Administration-Operating Reports:** Reviewed ORs | 1.10 | $ 350.00/hr | $385.00 |
| 10/25/2016 | CO | **04.1 Case Administration-Loss Mitigation:** Prepared adjournment order | 0.60 | $ 90.00/hr | $54.00 |
| 11/21/2016 | CO | **04.1 Case Administration-Loss Mitigation:** prepared Loss mitigation adjournment order | 0.25 | $ 90.00/hr | $22.50 |
| 12/16/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Reviewed Status Letter filed by Ms. Licker, Esq. | 0.20 | $ 350.00/hr | $70.00 |
| 12/20/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Reviewed status letter from bank. Reviewed time line and prior emails from banks attorneys. | 0.50 | $ 350.00/hr | $175.00 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Patricia Kaplan**
55 Cowdin Cir.
Chappaqua, NY 10514

| Invoice Date | Invoice Number |
|---|---|
| 05/18/2017 | 20156 |
| | **Service Through** |
| | 05/18/2017 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/21/2016 | CO | **04.6 Case Administration-Operating Reports:** Contacted client for statements;Prepared Operating Reports for August, September, October and November 2016; redacted bank statements; emailed to client for signature; reviewed with attorney and uploaded ORs. | 4.00 | $ 90.00/hr | $360.00 |
| 12/21/2016 | HBB | **04.6 Case Administration-Operating Reports:** Reviewed Aug, Sept., Oct and Nov. ORs | 1.30 | $ 350.00/hr | $455.00 |
| 12/21/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Worked on omnibus status letter addressing all loss mit from the beginning of the case. | 1.00 | $ 350.00/hr | $350.00 |
| 12/22/2016 | HBB | **04.1 Case Administration-Loss Mitigation:** Attended Loss Mitigation hearing; telephoned Melissa Licker, Esq., attorney for lender. Obtained adjournment date from Dorothy Li. Drafted notice of adjournment and modified standard order to provide provisions as per Judge Drain at hearing. | 1.50 | $ 350.00/hr | $525.00 |
| 02/08/2017 | HBB | **04.1 Case Administration-Loss Mitigation:** Reviewed email from Melissa Licker re: trial modification; reviewed trial modification; emailed client about trial modification. | 0.80 | $ 350.00/hr | $280.00 |
| 02/13/2017 | HBB | **04.1 Case Administration-Loss Mitigation:** Reviewed Lender status letter filed by Melissa Licker | 0.20 | $ 350.00/hr | $70.00 |
| 02/27/2017 | HBB | **04.1 Case Administration-Loss Mitigation:** Reviewed trial modification paperwork; emailed client information. | 0.50 | $ 350.00/hr | $175.00 |
| 04/05/2017 | HBB | **04.1 Case Administration-Loss Mitigation:** Email to the Kaplan's re: continuing to make payments to lender until permanent modification is issued. | 0.30 | $ 350.00/hr | $105.00 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Patricia Kaplan**
55 Cowdin Cir.
Chappaqua, NY 10514

| Invoice Date | Invoice Number |
|---|---|
| 05/18/2017 | 20156 |
|  | **Service Through** |
|  | 05/18/2017 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/17/2017 | HBB | **04.1 Case Administration-Loss Mitigation:** Review of the following Notice: NYSCEF Notification: Westchester - Foreclosure - Notification from Court <COURT NOTICE> 62438/2013 (DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9 - v. - JERRY G. KAPLAN et al). Paralegal to follow up with State Court to see if appearance is necessary. | | 0.50 | $ 350.00/hr | $175.00 |
| 04/17/2017 | CO | **04 Case Administration:** Call to State Court Regarding Hearing..Spoke to Clerk stated appearance was required | | 0.20 | $ 90.00/hr | $18.00 |
| 04/25/2017 | CO | **04.1 Case Administration-Loss Mitigation:** Review of Letter filed by Bank in Kaplan State Court Case informing them of the bankruptcy status; call to clerk to see if appearance still required; Clerk state no appearance required. | | 0.40 | $ 90.00/hr | $36.00 |
| 05/11/2017 | HBB | **04 Case Administration:** Email to Debtor and her husband re: staying in bankruptcy or withdrawing. | | 0.20 | $ 350.00/hr | $70.00 |
| 05/12/2017 | CO | **04.1 Case Administration-Loss Mitigation:** Email to Melissa Licker re: 9019 and final payment. | | 0.40 | $ 90.00/hr | $36.00 |
| 05/12/2017 | CO | **04.1 Case Administration-Loss Mitigation:** Drafted 9019 and uploaded it to docket after attorney review | | 1.00 | $ 90.00/hr | $90.00 |
| 05/12/2017 | HBB | **04.1 Case Administration-Loss Mitigation:** Reviewed 9019 | | 0.20 | $ 350.00/hr | $70.00 |
| 05/14/2017 | HBB | **04.1 Case Administration-Loss Mitigation:** Reviewed amended poc from green tree on second mortgge | | 0.20 | $ 350.00/hr | $70.00 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Patricia Kaplan**
55 Cowdin Cir.
Chappaqua, NY 10514

| Invoice Date | Invoice Number |
|---|---|
| 05/18/2017 | 20156 |
|  | **Service Through** |
|  | 05/18/2017 |

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/14/2017 | HBB | **04.1 Case Administration-Loss Mitigation:** Review of second mortgage and all proofs of claim; email to Elizabeth Doyaga, Esq. attorney for Greentree with proposal. | 1.00 | $ 350.00/hr | $350.00 |
| 05/14/2017 | HBB | **07 Fee/Employment Applications:** Preparation of bill and fee application | 2.50 | $ 350.00/hr | $875.00 |
| 05/17/2017 | HBB | **12 Plan and Disclosure Statement:** Began drafting Disclosure Statement | 3.10 | $ 350.00/hr | $1,085.00 |
| 05/17/2017 | CO | **04.6 Case Administration-Operating Reports:** preparation of December 2016, January 2017, February 2017, March 2017, April 2017 | 2.50 | $ 90.00/hr | $225.00 |
| 05/17/2017 | HBB | **04.6 Case Administration-Operating Reports:** Review of Dec 2015, Jan 2016 Feb 2016 March 2016 April 2016 OR | 0.50 | $ 350.00/hr | $175.00 |
| 05/18/2017 | HBB | **04 Case Administration:** Talked to Samantha Werner Esq. of RAS Borskin law firm re: second mortgage offering options. She is to get back to me. | 0.30 | $ 350.00/hr | $105.00 |
| 05/18/2017 | HBB | **12 Plan and Disclosure Statement:** Drafting of Disclosure Statement; review of best interests test. | 2.20 | $ 350.00/hr | $770.00 |

**In Reference To: Chapter 11-Post Petition**

**Expenses**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 02/25/2015 | CO | **Certificate of Service-mailing:** Service of Motion to Set Bar Date | $48.93 |
| 04/03/2015 | CO | **Certificate of Service-mailing:** Service of Bar Date Order | $15.05 |

**Bronson Law Offices PC** 
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net

**Patricia Kaplan**
55 Cowdin Cir.
Chappaqua, NY 10514

| Invoice Date | Invoice Number |
|---|---|
| 05/18/2017 | 20156 |
| | **Service Through** |
| | 05/18/2017 |

| Date | | Description | Amount |
|---|---|---|---|
| 05/22/2015 | CO | **Certificate of Service-mailing:** Service of Loss Mitigation Request | $26.03 |
| 05/12/2017 | CO | **Certificate of Service-mailing:** Service of 9019 | $34.17 |
| 05/17/2017 | CO | **Printing/Copying:** Copying and Printing from 11/19/2014-5/17/2017- 500 pages | $50.00 |
| 05/17/2017 | CO | **Mailing/Postage:** Mailing of Operating Reports to Chambers from 4/8/15- 5/17/2017 | $42.00 |
| 05/17/2017 | CO | **Pacer:** Pacer Charges from 11/19/2014-5/17/2017 | $79.50 |

| | |
|---|---|
| **Total Hours** | 81.05 hrs |
| **Total Service** | $21,217.50 |
| **Total Expenses** | $295.68 |
| **Total Amount** | $21,513.18 |

**Notes:**

HBB-Bruce Bronson, Esq.
CO=Chanel Orgill, paralegal
CN=Carl Nelson, Esq.
AP=Audrey Parma, Esq.

| Date | Client | Case | Description | Billable Time | Billable Amount |
|---|---|---|---|---|---|
| **01 Asset Analysis and Recovery** | | | | | |
| **H Bruce Bronson** | | | | | |
| 10/11/2015 | Patricia Kaplan | Chapter 11-Post Petition | Met with client to discuss future of case and loss mitigation and tax issues | 1.50 | $525.00 |
| | Totals Amounts for User H Bruce Bronson | | | 1.50 | $525.00 |
| | Totals Amounts for Activity Type 01 Asset Analysis and Recovery | | | 1.50 | $525.00 |
| **04 Case Administration** | | | | | |
| **Carl Nelson** | | | | | |
| 01/15/2015 | Patricia Kaplan | Chapter 11-Post Petition | Revise and submit proposed initial case Order | 0.30 | $82.50 |
| | Totals Amounts for User Carl Nelson | | | 0.30 | $82.50 |
| **Chanel Orgill** | | | | | |
| 04/17/2017 | Patricia Kaplan | Chapter 11-Post Petition | Call to State Court Regarding Hearing re foreclosure..Spoke to Clerk stated appearance was required | 0.20 | $18.00 |
| | Totals Amounts for User Chanel Orgill | | | 0.20 | $18.00 |
| **H Bruce Bronson** | | | | | |
| 05/11/2017 | Patricia Kaplan | Chapter 11-Post Petition | Email to Debtor and her husband re: staying in bankruptcy or withdrawing. | 0.20 | $70.00 |
| 05/18/2017 | Patricia Kaplan | Chapter 11-Post Petition | Talked to Samantha Werner Esq. of RAS Borskin law firm re: second mortgage offering options. She is to get back to me. | 0.30 | $105.00 |
| | Totals Amounts for User H Bruce Bronson | | | 0.50 | $175.00 |
| | Totals Amounts for Activity Type 04 Case Administration | | | 1.00 | $275.50 |
| **04.1 Case Administration-Loss Mitigation** | | | | | |
| **Audrey Parma** | | | | | |
| 06/03/2015 | Patricia Kaplan | Chapter 11-Post Petition | reviewed Creditors loss mitigation Affidavit | 0.50 | $137.50 |
| 06/30/2015 | Patricia Kaplan | Chapter 11-Post Petition | email to client with list of document and information requested by the bank; told them it was needed by Wednesday 7/8, reviewed chapter 11 schedules | 0.70 | $192.50 |

| Date | User | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/08/2015 | Patricia Kaplan | Chapter 11-Post Petition | received chip to all. Remind client Pkg 13 other docs on list as well. | 0.30 | $82.50 |
| 07/13/2015 | Patricia Kaplan | Chapter 11-Post Petition | Multiple telephone calls to clients to go over loss mitigation package | 1.20 | $330.00 |
| 08/03/2015 | Patricia Kaplan | Chapter 11-Post Petition | prepare documents for bank for loss mitigation | 2.00 | $550.00 |
| 08/04/2015 | Patricia Kaplan | Chapter 11-Post Petition | Telephoned client and consult; email reminder missing doc for loan modification package | 0.70 | $192.50 |
| 08/18/2015 | Patricia Kaplan | Chapter 11-Post Petition | sent email w/list of missing sig pages and documents still needed | 0.20 | $55.00 |
| | Totals Amounts for User Audrey Parma | | | 5.60 | $1,540.00 |
| **Carl Nelson** | | | | | |
| 04/20/2015 | Patricia Kaplan | Chapter 11-Post Petition | File POS for loss mitigation request | 0.10 | $27.50 |
| 05/19/2015 | Patricia Kaplan | Chapter 11-Post Petition | Review docket and previously filed request for loss mitigation to determine steps to have loss mitigation order submitted to Court | 0.20 | $55.00 |
| 05/21/2015 | Patricia Kaplan | Chapter 11-Post Petition | Revise and submit proposed loss mitigation order | 0.20 | $55.00 |
| 07/10/2015 | Patricia Kaplan | Chapter 11-Post Petition | Revise and submit proposed adjournment order | 0.20 | $55.00 |
| | Totals Amounts for User Carl Nelson | | | 0.70 | $192.50 |
| **Chanel Orgill** | | | | | |
| 07/07/2016 | Patricia Kaplan | Chapter 11-Post Petition | Sent email to Jerry Kaplan requesting additional documents; assembled documents and sent them to lender. | 1.50 | $135.00 |
| 10/25/2016 | Patricia Kaplan | Chapter 11-Post Petition | Prepared adjournment order | 0.60 | $54.00 |
| 11/21/2016 | Patricia Kaplan | Chapter 11-Post Petition | prepared Loss mitigation adjournment order | 0.25 | $22.50 |
| 04/25/2017 | Patricia Kaplan | Chapter 11-Post Petition | Review of Letter filed by Bank in Kaplan State Court Case informing them of the bankruptcy status; call to clerk to see if appearance still required; Clerk state no appearance required. | 0.40 | $36.00 |
| 05/12/2017 | Patricia Kaplan | Chapter 11-Post Petition | Email to Melissa Licker re: 9019 and final payment. | 0.40 | $36.00 |
| 05/12/2017 | Patricia Kaplan | Chapter 11-Post Petition | Drafted 9019 and uploaded it to docket after attorney review | 1.00 | $90.00 |
| | Totals Amounts for User Chanel Orgill | | | 4.15 | $373.50 |
| **H Bruce Bronson** | | | | | |
| 12/05/2014 | Patricia Kaplan | Chapter 11-Post Petition | Discussion with Bill Knox, Esq. (lender's counsel) regarding plan for Kaplan | 0.75 | $262.50 |
| 04/05/2015 | Patricia Kaplan | Chapter 11-Post Petition | Telephone call with Mr. and Mrs. Kaplan regarding reduced income; status conference for April 9; Operating report and plan for moving forward. Review | 1.00 | $350.00 |

| Date | Name | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/06/2015 | Patricia Kaplan | Chapter 11-Post Petition | I talked to Bill Knox of the Rosicki firm regarding adequate assurance and the fact that no one has appeared on the case. | 0.50 | $175.00 |
| 09/22/2015 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed Status Letter of Martin Mooney | 0.20 | $70.00 |
| 09/23/2015 | Patricia Kaplan | Chapter 11-Post Petition | Attended Status Conference. | 1.00 | $350.00 |
| 03/04/2016 | Patricia Kaplan | Chapter 11-Post Petition | Call with Melissa Licker, Esq. who took over loss mitigation. Explained certain portions of Dr. Kaplan's income. | 0.60 | $210.00 |
| 03/11/2016 | Patricia Kaplan | Chapter 11-Post Petition | Adequate assurance discussion with Melisa Licker, Esq. | 0.50 | $175.00 |
| 04/03/2016 | Patricia Kaplan | Chapter 11-Post Petition | Emails with client regarding stipulation for adequate assurance. Emailed Melissa Licker, Esq. with a copy of the stipulation. | 1.50 | $525.00 |
| 04/22/2016 | Patricia Kaplan | Chapter 11-Post Petition | Meeting with client to go over status. Prepared affidavit regarding interest in LLC | 2.10 | $735.00 |
| 05/13/2016 | Patricia Kaplan | Chapter 11-Post Petition | So Ordered Stipulation for adequate protection for SLS | 1.50 | $525.00 |
| 05/19/2016 | Patricia Kaplan | Chapter 11-Post Petition | Revised RMA and other documents for loss mitigation as well as requested information from client. | 1.00 | $350.00 |
| 06/13/2016 | Patricia Kaplan | Chapter 11-Post Petition | Prepared adjournment order | 0.30 | $105.00 |
| 07/21/2016 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed adjournment letter filed by Melissa Licker | 0.20 | $70.00 |
| 08/17/2016 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed Melissa Licker Status Report | 0.30 | $105.00 |
| 08/17/2016 | Patricia Kaplan | Chapter 11-Post Petition | Prepared Status Letter for Loss Mit and filed same. | 0.80 | $280.00 |
| 12/16/2016 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed Status Letter filed by Ms. Licker, Esq. | 0.20 | $70.00 |
| 12/20/2016 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed status letter from bank. Reviewed time line and prior emails from banks attorneys. | 0.50 | $175.00 |
| 12/21/2016 | Patricia Kaplan | Chapter 11-Post Petition | Worked on omnibus status letter addressing all loss mit from the beginning of the case. | 1.00 | $350.00 |
| 12/22/2016 | Patricia Kaplan | Chapter 11-Post Petition | Attended Loss Mitigation hearing; telephoned Melissa Licker, Esq., attorney for lender. Obtained adjournment date from Dorothy Li. Drafted notice of adjournment and modified standard order to provide provisions as per Judge Drain at hearing. | 1.50 | $525.00 |
| 02/08/2017 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed email from Melissa Licker re: trial modification; reviewed trial modification; emailed client about trial modification. | 0.80 | $280.00 |

| Date | User | Chapter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/13/2017 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed lender letter; filed by Melissa ticket | 0.20 | $70.00 |
| 02/27/2017 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed trial modification paperwork; emailed client information. | 0.50 | $175.00 |
| 04/05/2017 | Patricia Kaplan | Chapter 11-Post Petition | Email to the Kaplan's re: continuing to make payments to lender until permanent modification is issued. | 0.30 | $105.00 |
| 04/17/2017 | Patricia Kaplan | Chapter 11-Post Petition | Review of the following Notice: NYSCEF Notification: Westchester - Foreclosure - Notification from Court <COURT NOTICE> 62438/2013 (DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9 - v. - JERRY G. KAPLAN et al). Paralegal to follow up with State Court to see if appearance is necessary. | 0.50 | $175.00 |
| 05/12/2017 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed 9019 | 0.20 | $70.00 |
| 05/14/2017 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed amended poc from green tree on second mortgge | 0.20 | $70.00 |
| 05/14/2017 | Patricia Kaplan | Chapter 11-Post Petition | Review of second mortgage and all proofs of claim; email to Elizabeth Doyaga, Esq. attorney for Greentree with proposal. | 1.00 | $350.00 |
| | Totals Amounts for User H Bruce Bronson | | | 19.15 | $6,702.50 |
| | Totals Amounts for Activity Type 04.1 Case Administration-Loss Mitigation | | | 29.60 | $8,808.50 |

## 04.5 Case Administration-IDI

**Chanel Orgill**

| Date | User | Chapter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/2014 | Patricia Kaplan | Chapter 11-Post Petition | Preparation for IDI; attendance at IDI | 1.00 | $90.00 |
| | Totals Amounts for User Chanel Orgill | | | 1.00 | $90.00 |

**H Bruce Bronson**

| Date | User | Chapter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/2014 | Patricia Kaplan | Chapter 11-Post Petition | Preparation for IDI and IDI. | 2.90 | $1,015.00 |
| | Totals Amounts for User H Bruce Bronson | | | 2.90 | $1,015.00 |
| | Totals Amounts for Activity Type 04.5 Case Administration-IDI | | | 3.90 | $1,105.00 |

## 04.6 Case Administration-Operating Reports

**Carl Nelson**

| Date | User | Chapter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/07/2015 | Patricia Kaplan | Chapter 11-Post Petition | Call with client regarding financial statement/Operating Reports | 0.20 | $55.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/07/2015 | Patricia Kaplan | Chapter 11-Post Petition | Draft Feb 2015 Operating report | 1.60 | $440.00 |
| 04/28/2015 | Patricia Kaplan | Chapter 11-Post Petition | Email to client to request additional bank records | 0.10 | $27.50 |
| 05/27/2015 | Patricia Kaplan | Chapter 11-Post Petition | Review DIP bank records; email to client for clarification | 0.30 | $82.50 |
| 05/29/2015 | Patricia Kaplan | Chapter 11-Post Petition | Review client email re: bank statements; reply email | 0.20 | $55.00 |
| 06/15/2015 | Patricia Kaplan | Chapter 11-Post Petition | Finalize and file February 2015 operating report | 0.30 | $82.50 |
| 08/14/2015 | Patricia Kaplan | Chapter 11-Post Petition | Draft March April and May 2015 operating reports | 1.20 | $330.00 |
| 09/08/2015 | Patricia Kaplan | Chapter 11-Post Petition | Followup with client regarding needed signatures on operating reports | 0.10 | $27.50 |
| 09/15/2015 | Patricia Kaplan | Chapter 11-Post Petition | Followup with client for finalizing ORs for March and April 2015 | 0.10 | $27.50 |
| 09/22/2015 | Patricia Kaplan | Chapter 11-Post Petition | Finalize March, April and May 2015 operating reports | 0.80 | $220.00 |
| 09/22/2015 | Patricia Kaplan | Chapter 11-Post Petition | Draft June, July and August 2015 operating reports | 2.40 | $660.00 |
| | Totals Amounts for User Carl Nelson | | | 7.30 | $2,007.50 |

**Chanel Orgill**

| | | | | | |
|---|---|---|---|---|---|
| 12/16/2015 | Patricia Kaplan | Chapter 11-Post Petition | Preparation of ORs for June, July, August, Sept., Oct., Nov. 2015 | 3.50 | $315.00 |
| 04/19/2016 | Patricia Kaplan | Chapter 11-Post Petition | Preparation of Operating Reports for December 2015, January 2016 and February 2016; also redacted bank statements. | 2.10 | $189.00 |
| 08/19/2016 | Patricia Kaplan | Chapter 11-Post Petition | Prepared Operating Reports for March, April, May, June and July 2016 | 4.10 | $369.00 |
| 12/21/2016 | Patricia Kaplan | Chapter 11-Post Petition | Contacted client for statements;Prepared Operating Reports for August, September, October and November 2016; redacted bank statements; emailed to client for signature; reviewed with attorney and uploaded ORs. | 4.00 | $360.00 |
| 05/17/2017 | Patricia Kaplan | Chapter 11-Post Petition | preparation of December 2016, January 2017, February 2017, March 2017, April 2017 | 2.50 | $225.00 |
| | Totals Amounts for User Chanel Orgill | | | 16.20 | $1,458.00 |

**H Bruce Bronson**

| | | | | | |
|---|---|---|---|---|---|
| 05/02/2015 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed and Emailed Client regarding the bank statements provided for March through April | 0.25 | $87.50 |
| 12/16/2015 | Patricia Kaplan | Chapter 11-Post Petition | Review of June, July, August, September, October, and November 2015 OR | 0.90 | $315.00 |
| 04/19/2016 | Patricia Kaplan | Chapter 11-Post Petition | Review of ORs for December 2015, Jan and Feb 2016 | 1.50 | $525.00 |
| 08/19/2016 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed ORs | 1.10 | $385.00 |
| 12/21/2016 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed Aug, Sept., Oct and Nov. ORs | 1.30 | $455.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Totals Amounts for User H Bruce Bronson |  |  | 5.55 | $1,942.50 |
|  | Totals Amounts for Activity Type 04.6 Case Administration-Operating Reports |  |  | 29.05 | $5,408.00 |

## 04.7 Case Administration-Bar Date

**Carl Nelson**

| 02/25/2015 | Patricia Kaplan | Chapter 11-Post Petition | Draft bar date motion, proposed order and proposed notice; prepare for service and file with proof of service. | 2.50 | $687.50 |
|---|---|---|---|---|---|
| 03/19/2015 | Patricia Kaplan | Chapter 11-Post Petition | Prepare bar date motion chambers copies | 0.20 | $55.00 |
| 03/26/2015 | Patricia Kaplan | Chapter 11-Post Petition | Submit proposed bar date order to Court | 0.20 | $55.00 |
| 04/08/2015 | Patricia Kaplan | Chapter 11-Post Petition | Revise bar date documents and submit to chambers | 0.30 | $82.50 |
| 04/08/2015 | Patricia Kaplan | Chapter 11-Post Petition | Finalize and file initial operating report | 0.40 | $110.00 |
| 04/10/2015 | Patricia Kaplan | Chapter 11-Post Petition | Revise bar date order and notices per Court request and submit to chambers | 0.60 | $165.00 |
| 04/20/2015 | Patricia Kaplan | Chapter 11-Post Petition | File POS for bar date order | 0.10 | $27.50 |
|  | Totals Amounts for User Carl Nelson |  |  | 4.30 | $1,182.50 |
|  | Totals Amounts for Activity Type 04.7 Case Administration-Bar Date |  |  | 4.30 | $1,182.50 |

## 07 Fee/Employment Applications

**H Bruce Bronson**

| 01/28/2015 | Patricia Kaplan | Chapter 11-Post Petition | Reviewed Case; finalized retention application; contacted USTP for email address of UST | 1.20 | $420.00 |
|---|---|---|---|---|---|
| 05/14/2017 | Patricia Kaplan | Chapter 11-Post Petition | Preparation of bill and fee application | 2.50 | $875.00 |
|  | Totals Amounts for User H Bruce Bronson |  |  | 3.70 | $1,295.00 |
|  | Totals Amounts for Activity Type 07 Fee/Employment Applications |  |  | 3.70 | $1,295.00 |

## 11 Meetings of Creditors

**Chanel Orgill**

| 01/06/2015 | Patricia Kaplan | Chapter 11-Post Petition | Preparation for HBB for 341 Meeting | 0.70 | $63.00 |
|---|---|---|---|---|---|
|  | Totals Amounts for User Chanel Orgill |  |  | 0.70 | $63.00 |

**H Bruce Bronson**

| 01/07/2015 | Patricia Kaplan | Chapter 11-Post Petition | 341 Meeting and preparation therefore | 2.00 | $700.00 |
|---|---|---|---|---|---|
|  | Totals Amounts for User H Bruce Bronson |  |  | 2.00 | $700.00 |

## 12 Plan and Disclosure Statement

**H Bruce Bronson**

| | | | | | |
|---|---|---|---|---|---|
| 05/17/2017 | Patricia Kaplan | Chapter 11-Post Petition | Began drafting Disclosure Statement | 3.10 | $1,085.00 |
| 05/18/2017 | Patricia Kaplan | Chapter 11-Post Petition | Drafting of Disclosure Statement; review of best interests test. | 2.20 | $770.00 |
| | Totals Amounts for User H Bruce Bronson | | | 5.30 | $1,855.00 |
| | Totals Amounts for Activity Type 12 Plan and Disclosure Statement | | | 5.30 | $1,855.00 |

## Phone Call

**Carl Nelson**

| | | | | | |
|---|---|---|---|---|---|
| 04/07/2015 | Patricia Kaplan | Chapter 11-Post Petition | Internal call regarding ORs and case | 0.00 | $0.00 |
| | Totals Amounts for User Carl Nelson | | | 0.00 | $0.00 |
| | Totals Amounts for Activity Type Phone Call | | | 0.00 | $0.00 |
| | Grand Total | | | 81.05 | $21,217.50 |